UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Midwest Direct Mailers, L.L.C.<br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 11-48614<br><br>Chapter: 11<br><br>Honorable Jack B. Schmetterer |

**FINAL DECREE CLOSING CASE**

This matter coming before the Court on the Reorganized Debtor's Motion for Entry of a Final Decree Closing Case (the "Motion"); it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the Third Modified Plan of Reorganization [Docket No. 274] (the "Plan") of Midwest Direct Mailers, L.L.C. (the "Reorganized Debtor"); it appearing that this is a core proceeding pursuant to 28 US.C. § 157(b)(2); the Court being satisfied that the Plan has been substantially consummated and the Reorganized Debtor's estate has been fully administered within the meaning of section 350 of the Bankruptcy Code; and it appearing that notice of the Motion was provided in accordance with Local Rule 3022-1, now therefore,
IT IS HEREBY ORDERED THAT:
1. The Motion is granted to the extent set forth herein.
2. The above-captioned chapter 11 case is hereby closed pursuant to Federal Rule of Bankruptcy Procedure 3002, effective as of the date of this order.
3. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this order.
4. Notwithstanding anything to the contrary in the Federal Rules of Bankruptcy Procedure, the terms of this order shall be effective immediately.

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

FEB 20 2014

Dated: 2/20/14

**Prepared by counsel of Movant:**

Richard N. Golding, Esq.
(ARDC# 0992100)
THE GOLDING LAW OFFICES, PC
500 N. Dearborn Street, 2nd Floor
Chicago, IL 60654
Tel: (312) 832-7885
Fax: (312) 755-5720
Email: rgolding@goldinglaw.net

Rev: 20101008_bko